

THOMAS J. SCANLON *et al.*, Plaintiffs-Appellees, *v.* E. KARL FAITZ, Building Commissioner, *et al.*, Defendants-Appellants.

(No. 60488; 

First District (2nd Division)—April 8, 1975.

*Rehearing denied May 15, 1975.*

PER CURIAM.

Kozlowski & Smith, of Chicago (Joseph Kozlowski and John A. Smith, of counsel), for appellants.

Davis, Dietch & Ryan, of Chicago (William L. Ryan, of counsel) for appellees.